**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS GRANDINETTI,<br><br>  Plaintiff/Petitioner,<br><br>   vs.<br><br>STATE OF TEXAS AND AGENTS et al.,<br><br>  Defendants/Respondents. | Case No. CV 15-6174-SVW (JPR)<br><br>**J U D G M E N T** |

  Pursuant to the Order Summarily Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 29, 2015

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE